Nos. 22-5148, 22-5149

UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT

BLACK ROCK CITY LLC and BURNING MAN PROJECT,
*Plaintiffs/Appellants,*

v.

DEB HAALAND, in her official capacity as Secretary
of the Department of the Interior, et al.,
*Defendants/Appellees.*

Appeal from the United States District Court
for the District of Columbia
No. 1:19-cv-03729-DLF (Hon. Dabney L. Friedrich)

**APPELLANTS' UNOPPOSED MOTION TO DISMISS APPEAL**

HOLLAND & KNIGHT LLP

Rafe Petersen (Bar ID: 465542)
Alexandra E. Ward (Bar ID: 1687003)
800 17th Street N.W., Suite 1100
Washington, DC  20006
Telephone: 202.419.2481
Fax: 202.955.5564
rafe.petersen@hklaw.com
alexandra.ward@hklaw.com

*Attorneys for Appellants*

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and Circuit Rule 42(b)(2), Appellants respectfully move this Court for voluntary dismissal of Appeal No. 22-5149, without regard to Appellants' ability to seek reimbursement of attorney's fees and costs under any and all applicable law.

Attorneys for Appellants has conferred with Appellees' counsel, and Appellees' counsel does not oppose the voluntary dismissal sought by this motion.

        Respectfully submitted,

        HOLLAND & KNIGHT LLP

        /s/ Rafe Petersen
        Rafe Petersen
        (D.C. Bar ID Number: 465542)
        Alexandra E. Ward
        (D.C. Bar ID Number: 1687003)
        800 17th Street N.W., Suite 1100
        Washington, DC  20006
        Telephone: 202.419.2481
        Fax: 202.955.5564
        rafe.petersen@hklaw.com
        alexandra.ward@hklaw.com

        *Attorneys for Appellants*

Dated: July 7, 2023

## CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume requirements of Federal Rule of Appellate Procedure 27(d)(2) because the motion contains 113 words.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally-spaced typeface using Microsoft Office Word in 14-point Times New Roman font.

/s/ Rafe Petersen
Rafe Petersen

*Attorney for Appellants*

Dated: July 7, 2023