# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5149**                                September Term, 2022

1:19-cv-03729-DLF

Filed On: July 7, 2023 [2006895]

Black Rock City LLC and Burning Man
Project,

       Appellants

    v.

Debra A. Haaland, in her official capacity as
Secretary of the United States Department
of the Interior, et al.,

       Appellees

## O R D E R

Upon consideration of appellants' unopposed motion to dismiss the appeal voluntarily, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to issue the mandate forthwith.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

              BY:    /s/
                          Michael C. McGrail
                          Deputy Clerk