# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-5149**　　　　　　　　　　　　　　　　**September Term, 2022**

**1:19-cv-03729-DLF**

**Filed On: July 7, 2023** [2006896]

Black Rock City LLC and Burning Man Project,

        Appellants

        v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior, et al.,

        Appellees

## M A N D A T E

In accordance with the order of July 7, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:  /s/
      Michael C. McGrail
      Deputy Clerk

Link to the order filed July 7, 2023