# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5148**　　　　　　　　　　　　　**September Term, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　**1:19-cv-03729-DLF**

　　　　　　　　　　　　　　　　　　　　**Filed On: May 25, 2022** [1948103]

Black Rock City LLC and Burning Man Project,

　　　　Appellees

　　v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior, et al.,

　　　　Appellants

------------------------------

Consolidated with 22-5149

## **O R D E R**

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Laura M. Chipley
　　　　　　　　　　　　　　　　　　Deputy Clerk