# United States Court of Appeals
### For The District of Columbia Circuit
———————

**No. 22-5148**                           **September Term, 2021**

**1:19-cv-03729-DLF**

**Filed On: May 25, 2022** [1948109]

Black Rock City LLC and Burning Man Project,

       Appellees

       v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior, et al.,

       Appellants

------------------------------

Consolidated with 22-5149

### O R D E R

The notice of appeal was filed on May 19, 2022, and docketed in this court on May 25, 2022. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 24, 2022 |
| Docketing Statement Form | June 24, 2022 |
| Entry of Appearance Form | June 24, 2022 |
| Procedural Motions, if any | June 24, 2022 |
| Statement of Intent to Utilize Deferred Joint Appendix | June 24, 2022 |
| Statement of Issues to be Raised | June 24, 2022 |
| Transcript Status Report | June 24, 2022 |

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-5148**                                    September Term, 2021

| | |
|---|---|
| Underlying Decision from Which Appeal or Petition Arises | June 24, 2022 |
| Dispositive Motions, if any (Original and 4 copies) | July 11, 2022 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:   /s/
        Laura M. Chipley
        Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

    <u>Civil Docketing Statement Form</u>
    <u>Entry of Appearance Form</u>
    <u>Transcript Status Report Form</u>
    <u>Request to Enter Appellate Mediation Program</u>
    <u>Notice Concerning Expedition of Appeals and Petitions for Review</u>
    <u>Stipulation to be Placed in Stand-By Pool of Cases</u>