# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Black Rock City LLC et al.

v.

Deb Haaland, et al.,

**Case No:** 22-5148, 22-5149

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☐ Pro Bono  ☐ Appointed (CJA/FPD)  ☒ Gov't counsel

for the ☒ Appellant(s)/Petitioner(s)  ☐ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Deb Haaland, Secretary of the Interior

U.S. Department of the Interior

Winnemucca District Office, BLM

Interior Board of Land Appeals

### Counsel Information

Lead Counsel: James A. Maysonett

Direct Phone: (202) 305-0216  Fax: (202) 305-0275  Email: james.a.maysonett@usdoj.gov

2nd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: U.S. Department of Justice

Firm Address: 950 Pennsylvania Avenue, NW, Washington DC 20044

Firm Phone: (___) ___-____  Fax: (___) ___-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)