# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Black Rock City LLC and Burning Man Pro

v.

Debra A. Haaland et al.

**Case No:** 22-5149

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Black Rock City LLC

Burning Man Project

### Counsel Information

Lead Counsel: Rafe Petersen

Direct Phone: (202) 419-2481   Fax: (202) 955-5564   Email: rafe.petersen@hklaw.com

2nd Counsel: Alexandra E. Ward

Direct Phone: (202) 469-5496   Fax: (202) 955-5564   Email: alexandra.ward@hklaw.com

3rd Counsel:

Direct Phone: (___) ___-____   Fax: (___) ___-____   Email:

Firm Name: Holland & Knight LLP

Firm Address: 800 17th St N.W., Suite 1100, Washington D.C. 20006

Firm Phone: (202) 419-2481   Fax: (202) 955-3000   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)