# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Black Rock City LLC and Burning Man Pro

v.

Debra A. Haaland et al.

**Case No:** 22-5148

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Black Rock City LLC

Burning Man Project

### Counsel Information

**Lead Counsel:** Rafe Petersen

**Direct Phone:** (202) 419-2481  **Fax:** (202) 955-5564  **Email:** rafe.petersen@hklaw.com

**2nd Counsel:** Alexandra E. Ward

**Direct Phone:** (202) 469-5496  **Fax:** (202) 955-5564  **Email:** alexandra.ward@hklaw.com

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** Holland & Knight LLP

**Firm Address:** 800 17th St N.W., Suite 1100, Washington D.C. 20006

**Firm Phone:** (202) 419-2481  **Fax:** (202) 955-3000  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)