# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Black Rock City LLC and Burning Man Pr

**v.**

**Case No:** 22-5149 (consolidated with 22

## TRANSCRIPT STATUS REPORT

- ⦿ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.
- ○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

_____
_____

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)