# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 22-5149 (consolidated with 22-5148)     2. DATE DOCKETED: May 25, 2022
3. CASE NAME (lead parties only) Black Rock City LLC and Burning v. Debra A Haaland et al.
4. TYPE OF CASE:  ☒ District Ct -  ⦿ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ○ Yes  ⦿ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.       Bankruptcy Court Docket No.      Tax Court Docket No.
      Civil Action 1:19-cv-03729-DLF   Bankruptcy ____                  Tax ____
      Criminal ____                    Adversary ____
      Miscellaneous ____               Ancillary ____
   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Dabney L. Friedrich               Magistrate Judge ____
   d. Date of order(s) appealed (use date docketed): March 21, 2022    e. Date notice of appeal filed: May 19, 2022
   f. Has any other notice of appeal been filed in this case?  ⦿ Yes  ○ No   If YES, date filed: May 19, 2022
   g. Are any motions currently pending in trial court?  ○ Yes  ⦿ No   If YES, date filed: ____
      If YES, identify motion ____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ○ Yes  ⦿ No
      If NO, why not? No oral argument
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # ____  ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ⦿ No   If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute?  ⦿ Yes  ○ No
      If YES, give popular name and citation of statute Federal Land Policy and Management Act, 43 U.S.C. 1701 et seq
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ⦿ No   If so, provide program name and participation dates

Signature /s/ Rafe Petersen        Date 6/24/2022
Name of Party Black Rock City LLC and Burning Man Project
Name of Counsel for Appellant/Petitioner Rafe Petersen and Alexandra E. Ward
Address 800 17th St N.W., Suite 1100, Washington, DC 20006
Phone ( 202 ) 419-2481        Fax ( 202 ) 955-5564

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)