UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| BLACK ROCK CITY LLC AND BURNING MAN PROJECT<br><br>    Petitioners,<br><br>    v.<br><br>DEBRA A. HAALAND, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL.,<br><br>    Respondents. | No. 22-5149<br>(consolidated with 22-5148) |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to the Court's Order dated May 25, 2022 and D.C. Circuit Rule 28(a)(1), Petitioners Black Rock City LLC and Burning Man Project (collectively, "Petitioners") hereby submit this certificate as to parties, rulings, and related cases.

### A) Parties and Amici

The Petitioners in this matter are Black Rock City LLC and Burning Man Project. The Respondents in this matter are Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior, the United States Department of the Interior, and Winemucca District Office for the Bureau of Land Management. Petitioners are not aware of any intervenors or amici in this matter.

### B) Rulings Under Review

The rulings under review in this proceeding are the Order of the District Court dated March 21, 2022 (ECF No. 36) and the associated Memorandum Opinion dated March 21, 2022 (ECF No. 37) filed in case number 1:19-cv-03729-DLF by Judge Dabney L. Friedrich.

C) **Related Cases**

Petitioners and Respondents filed cross-appeals in this matter, which were docketed under Case Numbers 22-5148 and 22-5149 on May 25, 2022. These cases have been consolidated by Clerk's Order filed on May 25, 2022. The cases on review have not previously been before this Court or any other court, aside from the District Court for the District of Columbia case from which this matter originates (1:19-cv-03729-DLF). Petitioners are not aware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Respectfully submitted this 24th day of June, 2022.

HOLLAND & KNIGHT LLP

By: /s/ Rafe Petersen

Rafe Petersen (Bar ID Number: 465542)
Alexandra E. Ward (Bar ID Number: 1687003)
1800 17th Street NW, Suite 1100
Washington D.C. 20006
rafe.petersen@hklaw.com
alexandra.ward@hklaw.com
T: (202) 955-3000
F: (202) 955-5564

*Counsel for Petitioners Black Rock City LLC and Burning Man Project*