UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| BLACK ROCK CITY LLC AND BURNING MAN PROJECT<br><br>    Petitioners,<br><br>    v.<br><br>DEBRA A. HAALAND, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL.,<br><br>    Respondents. | No. 22-5149<br>(consolidated with 22-5148) |

**STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX**

Pursuant to the Court's Order dated May 25, 2022, Federal Rule of Appellate Procedure 30(c), and D.C. Circuit Rule 30(c), Petitioners Black Rock City LLC and Burning Man Project (collectively, "Petitioners") hereby state their intention to utilize a deferred joint appendix.

Respectfully submitted this 24th day of June, 2022.

HOLLAND & KNIGHT LLP

By: /s/ Rafe Petersen

Rafe Petersen (Bar ID Number: 465542)
Alexandra E. Ward (Bar ID Number: 1687003)
1800 17th Street NW, Suite 1100
Washington D.C. 20006
rafe.petersen@hklaw.com
alexandra.ward@hklaw.com
T: (202) 955-3000
F: (202) 955-5564

*Counsel for Petitioners Black Rock City LLC and Burning Man Project*