Nos. 22-5148, 22-5149

UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT

BLACK ROCK CITY LLC and BURNING MAN PROJECT,
*Plaintiffs/Appellees*,

v.

DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, et al.,
*Defendants/Appellants*.

Appeal from the United States District Court
for the District of Columbia
No. 1:19-cv-03729-DLF (Hon. Dabney L. Friedrich)

**FEDERAL APPELLANTS' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

    TODD KIM
*Assistant Attorney General*
MATTHEW LITTLETON
*Deputy Assistant Attorney General*
JAMES A. MAYSONETT
*Attorneys*
Environment & Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 305-0216
james.a.maysonett@usdoj.gov

**A.     Parties and Amici.** The Federal Defendants/Appellants in this case are Deb Haaland, in her official capacity as the Secretary of the U.S. Department of the Interior; the United States Department of the Interior; the Winnemucca District Office for the Bureau of Land Management. The Plaintiffs/Appellees in this case are Black Rock City LLC and Burning Man Project. No intervenors or amici appeared before the district court.

**B.     Rulings Under Review.** The ruling under review is the order and opinion in *Black Rock City LLC v. Haaland,* No. 1:19-cv-3729-DLF, Docket Nos. 36 & 37 (Mar. 21, 2022), United States District Judge Dabney L. Friedrich, presiding.

**C.     Related Cases.** The case on review was not previously before this court or any other court. This case is related to the appeal noticed by the Plaintiffs/Appellees, No. 22-5149, with which it is already consolidated.

        Respectfully submitted,

        TODD KIM
        *Assistant Attorney General*
        MATTHEW LITTLETON
        *Deputy Assistant Attorney General*

          /s/ *James A. Maysonett*
        _____
        JAMES A. MAYSONETT
        *Attorneys*
        Environment & Natural Resources Division
        U.S. Department of Justice
        Post Office Box 7415
        Washington, D.C. 20044
June 28, 2022        (202) 305-0216
90-1-4-16000        james.a.maysonett@usdoj.gov