# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 21-5148 (consolidated with 22-5149)    2. DATE DOCKETED: 05-25-2022
3. CASE NAME (lead parties only) Black Rock City LLC v. Haaland
4. TYPE OF CASE:  ☒ District Ct -  ⦿ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    ○ Yes  ⦿ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
      Civil Action 19-cv-3729 (DLF)    Bankruptcy _____    Tax _____
      Criminal _____    Adversary _____
      Miscellaneous _____    Ancillary _____
   b. Review is sought of:
      ☒ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Dabney L. Friedrich, US District Judge    Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 03-21-2022    e. Date notice of appeal filed: 05-19-2022
   f. Has any other notice of appeal been filed in this case?  ⦿ Yes  ○ No    If YES, date filed: 05-19-2022
   g. Are any motions currently pending in trial court?  ○ Yes  ⦿ No    If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ○ Yes  ⦿ No
      If NO, why not? No transcript is necessary for this appeal.
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # _____  ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ⦿ Yes  ○ No  If YES, give each case's court and case name, and docket number:
      Yes, but this case is already consolidated with the other appeal, 22-5149.
   k. Does this case turn on validity or correct interpretation or application of a statute?  ⦿ Yes  ○ No
      If YES, give popular name and citation of statute Federal Land Policy and Management Act, 43 USC 1701
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ⦿ No    If so, provide program name and participation dates

Signature /s/ James A. Maysonett    Date 06-28-2022
Name of Party All Federal Appellants (Deb Haaland etc.)
Name of Counsel for Appellant/Petitioner James A. Maysonett
Address USDOJ, 950 Pennsylvania Ave NW, Washington DC 20035
Phone ( 202 ) 305-0216    Fax ( 202 ) 305-0275

ATTACH A CERTIFICATE OF SERVICE

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)