Nos. 22-5148, 22-5149

UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT

BLACK ROCK CITY LLC and BURNING MAN PROJECT,
*Plaintiffs/Appellees*,

v.

DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, et al.,
*Defendants/Appellants*.

Appeal from the United States District Court
for the District of Columbia
No. 1:19-cv-03729-DLF (Hon. Dabney L. Friedrich)

**FEDERAL APPELLANTS' STATEMENT OF ISSUES TO BE RAISED**

TODD KIM
*Assistant Attorney General*
MATTHEW LITTLETON
*Deputy Assistant Attorney General*
JAMES A. MAYSONETT
*Attorneys*
Environment & Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 305-0216
james.a.maysonett@usdoj.gov

The issues raised in this appeal are:

1. Did the district court correctly conclude that the "Estimate Decisions" issued by the Bureau of Land Management ("BLM") were not "final agency action" subject to judicial review?

2. Did the district court correctly conclude that BLM had failed to sufficiently explain its conclusion that the costs charged to the Plaintiffs/Appellees for the Burning Man festival were "reasonable" and that the agency's reasoning could not reasonably be discerned from the existing administrative record?

Respectfully submitted,

TODD KIM
*Assistant Attorney General*
MATTHEW LITTLETON
*Deputy Assistant Attorney General*

/s/ James A. Maysonett
_____
JAMES A. MAYSONETT
*Attorneys*
Environment & Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 305-0216
james.a.maysonett@usdoj.gov

June 28, 2022
90-1-4-16000