Nos. 22-5148, 22-5149

UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT

BLACK ROCK CITY LLC and BURNING MAN PROJECT,
*Plaintiffs/Appellees*,

v.

DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, et al.,
*Defendants/Appellants*.

Appeal from the United States District Court
for the District of Columbia
No. 1:19-cv-03729-DLF (Hon. Dabney L. Friedrich)

**STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX**

TODD KIM
*Assistant Attorney General*
MATTHEW LITTLETON
*Deputy Assistant Attorney General*
JAMES A. MAYSONETT
*Attorneys*
Environment & Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 305-0216
james.a.maysonett@usdoj.gov

The Federal Defendants/Appellants intend to submit a deferred joint appendix in this matter.

Respectfully submitted,

TODD KIM
*Assistant Attorney General*
MATTHEW LITTLETON
*Deputy Assistant Attorney General*

/s/ James A. Maysonett
_____
JAMES A. MAYSONETT
*Attorneys*
Environment & Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 305-0216
james.a.maysonett@usdoj.gov

June 28, 2022
90-1-4-16000