# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| BLACK ROCK CITY LLC AND BURNING MAN PROJECT<br><br>    Petitioners,<br><br>    v.<br><br>DEBRA A. HAALAND, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL.,<br><br>    Respondents. | No. 22-5148<br>(consolidated with 22-5149) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Petitioners Black Rock City LLC and Burning Man Project hereby submit the following corporate disclosure statement.

Burning Man Project ("BMP") is a non-profit organization with no outstanding shares or debt securities in the hands of the public, and no publicly-owned company has 10% or greater ownership interest in BMP.  BMP is the parent corporation of Black Rock City LLC.  No publicly-owned company has 10% or greater ownership interest in Black Rock City LLC and there are no outstanding shares or debt securities in the hands of the public.

BMP and Black Rock City LLC were represented by Holland and Knight LLP in the proceedings under review.  Collectively, these entities are the permittees for the annual Burning Man Event, the federal approvals that are the subject of this action.

Respectfully submitted this 28th day of June, 2022.

        HOLLAND & KNIGHT LLP

        By: /s/ Rafe Petersen

        Rafe Petersen (Bar ID Number: 465542)
        Alexandra E. Ward (Bar ID Number: 1687003)
        1800 17th Street NW, Suite 1100
        Washington D.C. 20006
        rafe.petersen@hklaw.com
        alexandra.ward@hklaw.com
        T: (202) 955-3000
        F: (202) 955-5564

        *Counsel for Petitioners Black Rock City LLC and Burning Man Project*