# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 22-5148** | **September Term, 2021** |
| | **1:19-cv-03729-DLF** |
| | **Filed On: July 5, 2022** [1953353] |

Black Rock City LLC and Burning Man Project,

      Appellees

      v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior, et al.,

      Appellants

------------------------------

Consolidated with 22-5149

## O R D E R

Upon consideration of the federal appellants' unopposed motion for leave to file the initial submissions lodged on June 28, 2022, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged documents.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

              BY:    /s/
                        Catherine J. Lavender
                        Deputy Clerk