# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 22-5148** | **September Term, 2022** |
| | 1:19-cv-03729-DLF |
| | Filed On: September 14, 2022 [1963791] |

Black Rock City LLC and Burning Man Project,

      Appellees

    v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior, et al.,

      Appellants

------------------------------

Consolidated with 22-5149

## O R D E R

    Upon consideration of federal appellants' unopposed motion for extension of the briefing schedule, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Appellants' Brief | October 20, 2022 |
| Appellees' & Cross-Appellants' Brief | November 21, 2022 |
| Appellants' Reply & Cross-Appellees' Brief | December 21, 2022 |
| Cross-Appellants' Reply Brief | January 11, 2023 |
| Deferred Appendix | January 18, 2023 |
| Final Briefs | February 1, 2023 |

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                BY:    /s/
                           Michael C. McGrail
                           Deputy Clerk