# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 22-5148　　　　　　　　　　　　　　September Term, 2022

　　　　　　　　　　　　　　　　　　　　1:19-cv-03729-DLF

　　　　　　　　　　　　　　　　　　　　Filed On: October 14, 2022 [1969070]

Black Rock City LLC and Burning Man
Project,

　　　　Appellees

　　v.

Debra A. Haaland, in her official capacity as
Secretary of the United States Department
of the Interior, et al.,

　　　　Appellants

------------------------------

Consolidated with 22-5149

**O R D E R**

　　Upon consideration of federal appellants' second unopposed motion for extension of the briefing schedule, it is

　　**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Appellants' Brief | November 10, 2022 |
| Appellees' & Cross-Appellants' Brief | December 12, 2022 |
| Appellants' Reply & Cross-Appellees' Brief | January 11, 2023 |
| Cross-Appellants' Reply Brief | February 1, 2023 |
| Deferred Appendix | February 8, 2023 |
| Final Briefs | February 22, 2023 |

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　　Deputy Clerk