# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 22-5148** | **September Term, 2022** |
| | **1:19-cv-03729-DLF** |
| | **Filed On: November 4, 2022** [1972189] |

Black Rock City LLC and Burning Man Project,

      Appellees

    v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior, et al.,

      Appellants

------------------------------

Consolidated with 22-5149

## O R D E R

Upon consideration of federal appellants' third unopposed motion for extension of time, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Appellants' Brief | December 9, 2022 |
| Appellees' & Cross-Appellants' Brief | January 9, 2023 |
| Appellants' Reply & Cross-Appellees' Brief | February 8, 2023 |
| Cross-Appellants' Reply Brief | March 1, 2023 |
| Deferred Appendix | March 8, 2023 |
| Final Briefs | March 22, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk