# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Black Rock City LLC

v.

Haaland

**Case No:** 22-5148, 22-5149

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Deb Haaland, Secretary of the Dept of Interior

US Dept of the Interior

Winnemucca District Office, BLM

### Counsel Information

Lead Counsel: Thekla Hansen-Young

Direct Phone: ( 202 ) 307-2710    Fax: (___) ___-____    Email: thekla.hansen-young@usdoj.gov

2nd Counsel:

Direct Phone: (___) ___-____    Fax: (___) ___-____    Email:

3rd Counsel:

Direct Phone: (___) ___-____    Fax: (___) ___-____    Email:

Firm Name:

Firm Address:

Firm Phone: (___) ___-____    Fax: (___) ___-____    Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)