# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-5148**                                             September Term, 2022

1:19-cv-03729-DLF

Filed On: December 12, 2022 [1977274]

Black Rock City LLC and Burning Man Project,

       Appellees

    v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior, et al.,

       Appellants

## O R D E R

Upon consideration of federal appellant's unopposed motion for voluntary dismissal of this appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                           **FOR THE COURT:**
                           Mark J. Langer, Clerk

               BY:    /s/
                           Michael C. McGrail
                           Deputy Clerk