# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5149**  September Term, 2022

1:19-cv-03729-DLF

Filed On: December 12, 2022 [1977283]

Black Rock City LLC and Burning Man Project,

        Appellants

    v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior, et al.,

        Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellants' Brief | January 11, 2023 |
| Appendix | January 11, 2023 |
| Appellees' Brief | February 10, 2023 |
| Appellants' Reply Brief | March 3, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk