Nos. 22-5148, 22-5149

UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT

BLACK ROCK CITY LLC and BURNING MAN PROJECT,
*Plaintiffs/Appellants,*

v.

DEB HAALAND, in her official capacity as Secretary
of the Department of the Interior, et al.,
*Defendants/Appellees.*

Appeal from the United States District Court
for the District of Columbia
No. 1:19-cv-03729-DLF (Hon. Dabney L. Friedrich)

APPELLANTS' FIRST UNOPPOSED MOTION
FOR EXTENSION OF BRIEFING SCHEDULE

HOLLAND & KNIGHT LLP

Rafe Petersen (Bar ID: 465542)
Alexandra E. Ward (Bar ID: 1687003)
800 17th Street N.W., Suite 1100
Washington, DC  20006
Telephone: 202.419.2481
Fax: 202.955.5564
rafe.petersen@hklaw.com
alexandra.ward@hklaw.com

*Attorneys for Appellants*

Appellants respectfully move the Court under Circuit Rule 27(h) for an approximately 48-day extension of time to file their opening brief in this matter (from January 11, 2023 to February 28, 2023), and for a commensurate extension of the remaining deadlines in the briefing schedule. Appellees do not object to the relief sought by this motion.

In support of this motion, Appellants submit that this 48-day extension of time is necessary for the following reasons:

1. This case has been entered into the Court's mediation program. This extension will give the parties time to further explore whether any disputes between them can be resolved through the mediation process.

2. Three previous extensions of these deadlines have been granted by this Court, which were requested by unopposed motions filed by Appellees. Granting this extension will not require oral argument to be rescheduled because the Court has not scheduled oral argument in this case.

3. No party opposes the relief sought by this motion.

For these reasons, the United States respectfully asks this Court to extend the deadline to file their brief in this matter by approximately 48 days (from January 11, 2023 to February 28, 2023) and for a commensurate extension of the remaining deadlines in the briefing schedule.

        Respectfully submitted,

        HOLLAND & KNIGHT LLP

        /s/ Rafe Petersen
        Rafe Petersen
        (D.C. Bar ID Number: 465542)
        Alexandra E. Ward
        (D.C. Bar ID Number: 1687003)
        800 17th Street N.W., Suite 1100
        Washington, DC  20006
        Telephone: 202.419.2481
        Fax: 202.955.5564
        rafe.petersen@hklaw.com
        alexandra.ward@hklaw.com

        *Attorneys for Appellants*

Dated: January 6, 2023

## CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume requirements of Federal Rule of Appellate Procedure 27(d)(2) because the motion contains 250 words.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally-spaced typeface using Microsoft Office Word in 14-point Times New Roman font.

/s/ Rafe Petersen
Rafe Petersen

*Attorney for Appellants*

Dated: January 6, 2023