# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 22-5149** | **September Term, 2022** |
| | **1:19-cv-03729-DLF** |
| | **Filed On: January 9, 2023** [1980738] |

Black Rock City LLC and Burning Man Project,

        Appellants

    v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior, et al.,

        Appellees

### O R D E R

Upon consideration of appellant's first unopposed motion for extension of briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | February 28, 2023 |
| Appellees' Brief | March 30, 2023 |
| Appellants' Reply Brief | April 20, 2023 |
| Deferred Appendix | April 27, 2023 |
| Final Briefs | May 11, 2023 |

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:   /s/
       Scott H. Atchue
       Deputy Clerk