# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5149**                         **September Term, 2022**

**1:19-cv-03729-DLF**

**Filed On: February 24, 2023** [1987427]

Black Rock City LLC and Burning Man Project,

        Appellants

    v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior, et al.,

        Appellees

**O R D E R**

Upon consideration of appellants' second unopposed motion for extension of briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | March 31, 2023 |
| Appellees' Brief | May 1, 2023 |
| Appellants' Reply Brief | May 22, 2023 |
| Deferred Appendix | May 30, 2023 |
| Final Briefs | June 13, 2023 |

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                      BY:    /s/
                              Scott H. Atchue
                              Deputy Clerk