# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-5149**　　　　　　　　　　　　　　　　**September Term, 2022**

**1:19-cv-03729-DLF**

**Filed On: March 29, 2023** [1992270]

Black Rock City LLC and Burning Man Project,

　　　　Appellants

　　v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior, et al.,

　　　　Appellees

## O R D E R

　　Upon consideration of appellants' third unopposed motion for extension of the briefing schedule, it is

　　**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | May 1, 2023 |
| Appellees' Brief | May 31, 2023 |
| Appellants' Reply Brief | June 21, 2023 |
| Deferred Appendix | June 28, 2023 |
| Final Briefs | July 12, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　　Michael C. McGrail
　　　Deputy Clerk