Nos. 22-5148, 22-5149

UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT

BLACK ROCK CITY LLC and BURNING MAN PROJECT,
*Plaintiffs/Appellants,*

v.

DEB HAALAND, in her official capacity as Secretary
of the Department of the Interior, et al.,
*Defendants/Appellees.*

Appeal from the United States District Court
for the District of Columbia
No. 1:19-cv-03729-DLF (Hon. Dabney L. Friedrich)

APPELLANTS' FOURTH UNOPPOSED MOTION
FOR EXTENSION OF BRIEFING SCHEDULE

HOLLAND & KNIGHT LLP

Rafe Petersen (Bar ID: 465542)
Alexandra E. Ward (Bar ID: 1687003)
800 17th Street N.W., Suite 1100
Washington, DC  20006
Telephone: 202.419.2481
Fax: 202.955.5564
rafe.petersen@hklaw.com
alexandra.ward@hklaw.com

*Attorneys for Appellants*

Appellants respectfully move the Court under Circuit Rule 27(h) for an approximately 35-day extension of time to file their opening brief in this matter (from May 2, 2023 to June 6, 2023), and for a commensurate extension of the remaining deadlines in the briefing schedule. Appellees do not object to the relief sought by this motion.

In support of this motion, Appellants submit that this 35-day extension of time is necessary for the following reasons:

1. This extension will give the parties time to further explore whether any disputes between them can be resolved through discussions outside of court; or, if the disputes cannot be resolved, time for the Appellants to prepare their opening brief.

2. Six previous extensions of these deadlines have been granted by this Court, which were requested by three unopposed motions filed by Appellees and three unopposed motions filed by Appellants. Granting this extension will not require oral argument to be rescheduled because the Court has not scheduled oral argument in this case.

3. No party opposes the relief sought by this motion.

For these reasons, the United States respectfully asks this Court to extend the deadline to file their brief in this matter by approximately 35 days (from May 2, 2023

to June 6, 2023) and for a commensurate extension of the remaining deadlines in the briefing schedule.

                          Respectfully submitted,

                          HOLLAND & KNIGHT LLP

                          /s/ Rafe Petersen
                          Rafe Petersen
                          (D.C. Bar ID Number: 465542)
                          Alexandra E. Ward
                          (D.C. Bar ID Number: 1687003)
                          800 17th Street N.W., Suite 1100
                          Washington, DC  20006
                          Telephone: 202.419.2481
                          Fax: 202.955.5564
                          rafe.petersen@hklaw.com
                          alexandra.ward@hklaw.com

                          *Attorneys for Appellants*

Dated: May 2, 2023

## CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume requirements of Federal Rule of Appellate Procedure 27(d)(2) because the motion contains 368 words.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally-spaced typeface using Microsoft Office Word in 14-point Times New Roman font.

/s/ Rafe Petersen
Rafe Petersen

*Attorney for Appellants*

Dated: May 2, 2023