# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5149**                  **September Term, 2022**

**1:19-cv-03729-DLF**

**Filed On: May 3, 2023** [1997686]

Black Rock City LLC and Burning Man Project,

        Appellants

        v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior, et al.,

        Appellees

## O R D E R

Upon consideration of appellants' fourth unopposed motion for extension of the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | June 6, 2023 |
| Appellees' Brief | July 6, 2023 |
| Appellants' Reply Brief | July 27, 2023 |
| Deferred Appendix | August 3, 2023 |
| Final Briefs | August 17, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk