# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 22-5149** | **September Term, 2022** |
| | **1:19-cv-03729-DLF** |
| | **Filed On: June 5, 2023** [2002262] |

Black Rock City LLC and Burning Man Project,

        Appellants

    v.

Debra A. Haaland, in her official capacity as Secretary of the United States Department of the Interior, et al.,

        Appellees

## O R D E R

Upon consideration of appellant's fifth unopposed motion for extension of briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | July 6, 2023 |
| Appellees' Brief | August 7, 2023 |
| Appellants' Reply Brief | August 28, 2023 |
| Deferred Appendix | September 5, 2023 |
| Final Briefs | September 19, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Scott H. Atchue
        Deputy Clerk